UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number:10-21705-CIV-MARTINEZ-BROWN**

WALLACE C. JONES,
    Plaintiff,

vs.

KELVIN JOHNSON et al.,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE BROWN'S REPORTS AND RECOMMENDATIONS

THE MATTER was referred to the Honorable Stephen T. Brown, United States Magistrate Judge for a Report and Recommendation on Defendants' Edwards and Desroches' Motion to Dismiss Complaint With Prejudice (D.E. No. 30), Defendant Deehl's Motion to Dismiss Complaint (D.E. No. 34), and Defendant Thomas's[1] Motion to Dismiss Complaint With Prejudice (D.E. No. 39). Magistrate Judge Brown filed a Report and Recommendation (D.E. No. 47), recommending that Defendant Deehl's motion to dismiss be granted and that the complaint against the Honorable Robert M. Deehl be dismissed with prejudice based on judicial immunity. Magistrate Judge Brown also filed a Report and Recommendation (D.E. No. 48), recommending that Defendant Thomas's motion be granted in part and denied in part. Specifically, Magistrate Judge Brown recommended dismissing with prejudice all claims asserted against Officer Kevin Thomas except Plaintiff's Fourth Amendment claim based on Plaintiff's warrantless seizure from his home. Magistrate Judge Brown recommended dismissing this claim without prejudice. In the second Report and Recommendation (D.E. No. 48), Magistrate Judge Brown also

---

[1] In the complaint, Plaintiff mistakenly refers to Defendant Thomas as Officer Kelvin Johnson.

recommended that Defendants Edwards and Desroches' motion to dismiss be granted, dismissing all claims against Officer Derrick Edwards and Officer Roody Desroches with prejudice.

Plaintiff has filed objections to Magistrate Judge Brown's Reports and Recommendations. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to Magistrate Judge Brown's Reports and Recommendations present and finds that Plaintiff has reasserted arguments in his objections that have been thoroughly addressed in Magistrate Judge Brown's well-reasoned Reports and Recommendations.

First, Defendant Deehl is clearly entitled to judicial immunity, and the Court finds Plaintiff's objections on this issue are without merit. With regard to Plaintiff's objections concerning his Fourth Amendment claim against Officer Thomas for Plaintiff's detention/seizure in his home, Magistrate Judge Brown recommends that this claim be dismissed without prejudice, giving Plaintiff an opportunity to replead this claim. The Court finds Plaintiff's objections regarding his Fourth Amendment claims against the officer based on a lack of probable cause to seize/charge are without merit for the reasons stated in Magistrate Judge Brown's Report and Recommendation. *See* (D.E. No. 48 at 9-10). Finally, although Magistrate Judge Brown certainly noted that Plaintiff's complaint was poorly pleaded, Magistrate Judge Brown carefully and painstakingly analyzed each claim in making his recommendations. Magistrate Judge Brown's recommendations for dismissal are not based solely on Plaintiff's pleading style. Accordingly, after careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Brown's Reports and

Recommendations **(D.E. No. 47 and 48)** are **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1.  Defendant Deehl's Motion to Dismiss Complaint (D.E. No. 34) is **GRANTED**. The claims against the Honorable Robert M. Deehl are **DISMISSED with prejudice**.

2.  Defendants' Edwards and Desroches' Motion to Dismiss Complaint With Prejudice (D.E. No. 30) is **GRANTED**. All claims against Officers Derrick Edwards and Officer Roody Desroches are **DISMISSED with prejudice**.

3.  Defendant Thomas's Motion to Dismiss Complaint With Prejudice (D.E. No. 39) is **GRANTED in part** and **DENIED in part**. All claims against Officer Kevin Thomas, listed in the complaint as Officer Kelvin Johnson, are **DISMISSED with prejudice** with the exception of the Fourth Amendment claim based on the seizure of Plaintiff from his home without a warrant. This claim is **DISMISSED without prejudice**. Plaintiff may have until **March 28, 2011** to file an Amended Complaint against Officer Kevin Thomas, reasserting his Fourth Amendment claim based on his seizure from his home without a warrant in accordance with the discussion in Magistrate Judge Brown's Report and Recommendation. *See* (D.E. No. 48 at 7-8). If no Amended Complaint is filed by the above deadline, this case shall be closed as all claims have been dismissed.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of March, 2011.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge
All Counsel of Record
Wallace C. Jones, Jr.